IRELL & MANELLA LLP
John C. Hueston (164921)
*jhueston@irell.com*
Andra B. Greene (123931)
*agreene@irell.com*
Steven N. Feldman (281405)
*sfeldman@irell.com*
John G. Snow (280790)
*jsnow@irell.com*
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
SkinMedica, Inc. and Allergan, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| Josette Ruhnke, an individual, *et al.*; on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SkinMedica, Inc., a Delaware Corporation, and Allergan, Inc., a Delaware Corporation,<br><br>Defendants. | Case No. 8:14-cv-00420 DOC (JPRx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>*[MEMORANDUM OF POINTS AND AUTHORITIES AND PROPOSED ORDER FILED CONCURRENTLY HEREWITH; REQUEST FOR JUDICIAL NOTICE AND EXHIBITS FILED SEPARATELY]*<br><br>Date: August 4, 2014<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Judge: Hon. David O. Carter |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3054084     DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 4, 2014, at 8:30 a.m. or as soon thereafter as may be heard, before the Honorable David O. Carter in Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants SkinMedica, Inc. and Allergan, Inc. will and hereby do move the Court for an order to dismiss the First Amended Class Action Complaint in the above-titled action for failing to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Defendants' Request for Judicial Notice in Support of this Motion, the Declaration of Steven N. Feldman in support thereof, the exhibits to the Request for Judicial Notice, the pleadings and papers on file herein, such arguments and evidence as may be presented in supplemental memoranda or as may be presented at the hearing, and any other matters of which the Court may take notice.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 16, 2014.

Dated: June 23, 2014                    IRELL & MANELLA LLP

                                        By:    */s/ John C. Hueston*
                                               John C. Hueston
                                               Attorneys for Defendants SkinMedica, Inc. and Allergan, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3054084

- 1 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS