STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
         -and-
CHRISTOPHER R. PITOUN (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JOSETTE RUHNKE, an individual; CINDY VERITY, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN SALES, LLC, a Delaware Corporation (as Successor-In-Interest to SkinMedica, Inc. and doing business as "SkinMedica"), and ALLERGAN, INC., a Delaware Corporation,<br><br>Defendants. | No. 8:14-cv-00420 DOC (RNBx)<br><br>CLASS ACTION<br><br>**NOTICE OF DECISION**<br><br>Judge: Hon. David O. Carter<br>Ctrm.: 9D |

Plaintiffs Josette Ruhnke and Cindy Verity ("Plaintiffs") and Defendants Allergan Sales, LLC and Allergan, Inc. ("Defendants") per the Court's May 27, 2015 order, hereby provide notice of the Ninth Circuit's decision in *Jones v. ConAgra Foods, Inc.*, No. 12-01633 CRB, 2014 WL 2702726 (N.D. Cal. June 13, 2014), *appeal docketed*, No. 14-16327 (9th Cir.):

1. On May 27, 2015, this Court entered an order staying this case at the Parties' request pending the Ninth Circuit's decision in the appeal of *Jones*. (Dkt. No. 101).

2. Pursuant to the Court's order, Plaintiffs' previously filed Motion for Class Certification was "withdrawn without prejudice to Plaintiffs filing a renewed motion for class certification and without limiting Plaintiffs to their existing motion and supporting papers." *Id.*

3. Also pursuant to the Court's order, the Parties were to file a notice of decision within fourteen days of the Ninth Circuit's decision in *Jones*, together with a joint statement outlining the Parties' plans with respect to the motion for class certification and other case deadlines. *Id.*

4. On August 14, 2017, the Ninth Circuit entered an order voluntarily dismissing the *Jones* appeal with prejudice under Federal Rule of Appellate Procedure 42(b).

5. On August 22, 2017, the Parties met and conferred via telephone to discuss scheduling.

6. The Parties, through subsequent communication, have agreed to submit to the Court a proposed briefing schedule for Plaintiffs' motion for class certification within twenty-one (21) days of the filing of this Notice.

7. During this 21 day time frame, the parties will evaluate any class certification briefing already completed and confer with their experts regarding scheduling, in order to propose schedule that serves the interests of judicial economy

1 and will not cause prejudice to either Party.

2

3 DATED: August 28, 2016 Respectfully Submitted,

4 HAGENS BERMAN SOBOL SHAPIRO LLP

5 By: */s/ Christopher R. Pitoun*
Christopher R. Pitoun (SBN 290235)
6 *christopherp@hbsslaw.com*
301 North Lake Avenue, Suite 920
7 Pasadena, CA 91101
Telephone: (213) 330-7150
8
Steve W. Berman (*pro hac vice*)
9 *steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
10 1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
11 Telephone: (206) 623-7292

12 *Counsel for Plaintiffs and the Proposed Class*

13
By: */s/ Steven N. Feldman*
14 John C. Hueston (SBN 290235)
Steven N. Feldman (SBN 281405)
15 Ellen C. Kenney (SBN 295022)
Matthew Kaiser (SBN 304714)
16 523 West 6th Street, Suite 400
Los Angeles, CA 90014
17 Telephone: (213) 788-4340

18 I, Christopher Pitoun hereby attest, pursuant to C.D. Cal. Local Rule 5-

19 4.3.4(a)(2)(i), that the concurrence to the filing of this document has been obtained

20 from each signatory hereto.

21

22

23

24

25

26

27

28

Notice of Decision
8:14-cv-00420-DOC (RNBx)
010428-11 981771 V1

- 3 -