STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

CHRISTOPHER R. PITOUN (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152

JS-5

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOSETTE RUHNKE, an individual; CINDY VERITY, an individual; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLERGAN SALES LLC, a Delaware Corporation (as Successor-In-Interest to SkinMedica, Inc and doing business as "SkinMedica"), and ALLERGAN, INC., a Delaware Corporation, <br><br> Defendants. | No. 8:14-cv-00420-DOC (RNBx) <br><br> **ORDER ON STIPULATION REGARDING CASE SCHEDULE [105]** |

010428-11  754806 V1

Upon consideration of the Joint Stipulation Regarding Case Schedule submitted by Plaintiffs Josette Ruhnke and Cindy Verity, and Defendant Allergan Sales, LLC (as successor-in-interest to Defendant SkinMedica, Inc.), and Allergan, Inc., and good cause appearing therefore;

It is HEREBY ORDERED that the following case schedule is entered:

| **Event** | **Date** |
|---|---|
| Filing of Motion for Class Certification: | 01/12/2018 |
| Opposition to Motion for Class Certification : | 02/23/2018 |
| Reply to Motion for Class Certification: | 03/16/2018 |
| Class Certification Hearing: | 04/02/2018 |
| Initial Expert Disclosure Cut Off: | 04/23/2018 |
| Rebuttal Expert Disclosure Cut Off: | 05/14/2018 |
| Fact Discovery Cut Off: | **05/29/2018** |
| Expert Discovery Cut Off: | 06/11/2018 |
| Law and Motion Cut Off | |
|    a.  Motions | 06/29/2018 |
|    b.  Oppositions | 07/20/2018 |
|    c.  Reply | 08/03/2018 |
|    **d.** Motion Hearing Date | 08/20/2018 **at 8:30 a.m.** |
| Final Pretrial Conference | 09/10/2018 **at 8:30 a.m.** |
| Jury Trial | **10/09/2018 at 8:30 a.m.** |

1    **IT IS SO ORDERED.**

2

3    Dated: September 19, 2017

     _____

4    HONORABLE DAVID O. CARTER
     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28